**No. 42046.**—Protest 161502–G of R. H. Macy & Co. (New York).

Opinion by TILSON, J. ' In accordance with stipulation of counsel embroidered laces were held dutiable at 75 percent under paragraph 1430 as claimed.